TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00547-CR







Paul Ray, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. 2031806, HONORABLE MICHAEL J. MCCORMICK, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Mr. Ariel Payan, is ordered to tender a brief in this cause no later than May 24, 2004. No
further extension of time will be granted.

It is ordered April 22, 2004.


Before Chief Justice Law, Justices Patterson and Puryear

Do Not Publish